1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   MATT FLEMING
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  PATRICK RILEY

9

10
              IN THE UNITED STATES DISTRICT COURT
11
          FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      )  No. 2:10-cr-447-DAD
15                                )
              Plaintiff,          )
16                                )  STIPULATION AND PROPOSED ORDER TO
        v.                        )  CONTINUE JUDGMENT AND SENTENCING
17                                )  HEARING
   PATRICK RILEY,                 )
18                                )
              Defendant.          )  Date:  April 19, 2011
19                                )  Time:  10:00 A.M.
   _____  )  Judge: Hon. Dale A. Drozd
20

21

22      It is hereby stipulated and agreed to between the United States of

23 America through JILL THOMAS, Assistant U.S. Attorney, and defendant,

24 PATRICK RILEY by and through his counsel, LINDA HARTER, Assistant

25 Federal Defender, that the judgment and sentencing hearing set for

26 ///

27 ///

28 ///


FILED
APR 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1   Tuesday, April 19, 2011 be continued to Tuesday, April 26, 2011.
2
3   Dated:   April 12, 2011
                                        Respectfully submitted,
4
                                        DANIEL J. BRODERICK
5                                       Federal Defender
6
                                        /s/ Linda Harter
7   _____
                                        LINDA C. HARTER
8                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
9                                       PATRICK RILEY
10
11  DATED: April 12, 2011
                                        BENJAMIN WAGNER
12                                      United States Attorney
13
                                        /s/ Rachana Shaw, for
14  _____
                                        JILL THOMAS
15                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
16
17
    IT IS SO ORDERED.
18
19  Dated:  4/15/11
20
                                        DALE A. DROZD
21                                      United States Magistrate Judge
22
23
24
25
26
27
28