

FILED

APR 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
MATT FLEMING
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PATRICK RILEY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-447-DAD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) CONTINUE JUDGMENT AND SENTENCING |
| | ) HEARING |
| PATRICK RILEY, | ) |
| | ) |
| Defendant. | ) Date:  April 26, 2011 |
| | ) Time:  10:00 A.M. |
| _____ | ) Judge:  Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorney, and defendant, PATRICK RILEY by and through his counsel, LINDA HARTER, Assistant Federal Defender, that the judgment and sentencing hearing set for Tuesday, April 26, 2011 be continued to Tuesday, May 3rd, 2011 at 9:00 A.M.  Mr. Riley is unable to be present in court on April 26, due to transportation issues.  In addition, more time is needed by defense

1 counsel to prepare a sentencing memorandum that will adequately inform

2 the court of the circumstances related to Mr. Riley's case.

3

4 Dated:  April 22, 2011

Respectfully submitted,

5

6 DANIEL J. BRODERICK
Federal Defender

7

/s/ Linda Harter

8 _____

9 LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant

10 PATRICK RILEY

11

12 DATED: April 22, 2011

13 BENJAMIN WAGNER
United States Attorney

14

/s/ David Stevens

15 _____

16 DAVID STEVENS
Special Assistant U.S. Attorney
Attorney for Plaintiff

17

18

19 IT IS SO ORDERED.

20 Dated:  _4/26/11_

21

22 _Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

23

24

25

26

27

28